UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CEDRIC JONES                       ]
    Plaintiff,                     ]
                                   ]
v.                                 ]    No. 3:11-0877
                                   ]    JUDGE HAYNES
METROPOLITAN POLICE DEPARTMENT,    ]
et al.                             ]
    Defendants.                    ]

O R D E R

The Court has before it a *pro se* civil complaint (Docket Entry No.1) under 42 U.S.C. § 1983, an application to proceed *in forma pauperis* (Docket Entry No.2), and a motion for the appointment of counsel (Docket Entry No.3).

It appears from the application that the Plaintiff lacks sufficient financial resources from which to pay the $350.00 filing fee. Accordingly, Plaintiff's application to proceed *in forma pauperis* is **GRANTED**. 28 U.S.C. § 1915(a).

In accordance with the Memorandum contemporaneously entered, the complaint fails to state a claim upon which relief can be granted. Consequently, this action is hereby **DISMISSED**. 28 U.S.C. § 1915(e)(2).

An appeal of the judgment rendered herein would not be taken in good faith. <u>Coppedge v. United States</u>, 369 U.S. 438, 445-446

(1962). Therefore, the Plaintiff is **NOT** certified to pursue an appeal of this judgment *in forma pauperis*. 28 U.S.C. § 1915(a)(3).

The dismissal of this action renders the Plaintiff's motion for the appointment of counsel **MOOT.** Accordingly, said motion is **DENIED** for that reason.

Entry of this order shall constitute the judgment in this action.

It is so **ORDERED.**

**ENTERED** this the 23rd day of September, 2011.

WILLIAM J. HAYNES, JR.
United States District Judge